1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Caceres
7

8                   UNITED STATES DISTRICT COURT
9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj0260 |
|----|---|---|---|
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | **NOTICE OF APPEARANCE** |
| 14 | **OSCAR ARMANDO CACERES**, | ) | |
| 15 | Defendant. | ) | |

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                                        Respectfully submitted,

21 Dated: January 30, 2008                         *s/ Bridget Kennedy*
                                                   Federal Defenders of San Diego, Inc.
22                                                 *bridget_kennedy@fd.org*

23
24
25
26
27
28